UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,                      CASE NO.    08-20238
                                                                         11-15044
v.                                                            Hon. Lawrence P. Zatkoff

ARNOLD CECIL PURIFOY,

    Defendant-Petitioner.
_____/

**OPINION AND ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION
AND ORDERING CLOSURE OF CIVIL CASE**

       Defendant filed this case pursuant to 28 U.S.C. § 2255, seeking to have this Court vacate his sentence. This matter is currently before the Court on Magistrate Judge Paul J. Komives' Report and Recommendation (Docket #61), wherein the Magistrate Judge recommends that Defendant's motion be denied. Defendant timely filed objections to the Report and Recommendation.

       After a thorough review of the court file, the Report and Recommendation, and Defendant's objections to the Report and Recommendation, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of the Court.

       Therefore, for the reasons set forth above, the Court hereby ORDERS that Defendant's Motion to Vacate Sentence Under 28 U.S.C. § 2255 is DENIED and that Case No. 11-15044 be CLOSED. IT IS FURTHER ORDERED that the Court DENIES Defendant a certificate of appealability.

       IT IS SO ORDERED.

                                                                              S/Lawrence P. Zatkoff
                                                                              LAWRENCE P. ZATKOFF
Dated: April 28, 2014                                        UNITED STATES DISTRICT JUDGE